IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | |
|---|---|
| CAROL MILLER, ) | |
|     Plaintiff, ) | |
| vs. ) | JUDGMENT IN A CIVIL CASE |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | Case No. 10-5037-CV-SW-ODS |
|     Defendant. ) | |

_____ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_X\_\_\_ **Decision by Court.** The issues have been considered and a decision has been rendered by the Court.

**IT IS ORDERED AND ADJUDGED reversing Commissioner's final decision denying benefits and remanding for further proceedings.**

                                    ANN THOMPSON,
                                    Clerk of Court

DATE: 05/04/2011                         /s/ Eva Will-Fees
                                                  Eva Will-Fees, Courtroom Deputy